UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUDHEER MOTURI,<br><br>                Petitioner,<br><br>    v.<br><br>KIRSTJEN M NIELSEN, et al.,<br><br>                Respondents. | Case No. C18-1676-MJP-JPD<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDER |

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to appoint counsel. Dkt. 8. Having considered petitioner's request, his financial eligibility, and the balance of the record, the Court finds and ORDERS:

(1) At the Court's direction, the Office of the Federal Public Defender ("FPD") reviewed petitioner's case and spoke with petitioner regarding representation. Petitioner wishes to be represented, and the FPD believes this case raises meritorious and novel issues. *See* Dkts. 6 & 8.

(2) Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated that he is financially eligible for such appointment. *See id.*

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER - 1

Accordingly, petitioner's request for appointment of counsel is GRANTED. The Court appoints the Federal Public Defender to represent petitioner in these proceedings.

(3) The Clerk shall send copies of this Order to petitioner, to the Federal Public Defender, to counsel for respondents, and to the Honorable Marsha J. Pechman.

Dated this 4th day of January, 2019.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge