UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUDHEER MOTURI,<br><br>               Petitioner,<br><br>   v.<br><br>KIRSTJEN M NIELSEN, et al.,<br><br>               Respondents. | Case No. C18-1676-MJP-JPD<br><br>ORDER GRANTING UNOPPOSED<br>MOTION FOR EXTENSION OF TIME |

This is a 28 U.S.C. § 2241 habeas action. Respondents' motion to dismiss is noted for February 1, 2019. Petitioner has filed an unopposed motion for an extension of time until February 18, 2019, to file his response. Dkt. 14 (amended motion); Dkt. 13 (original motion). Finding good cause, the Court GRANTS petitioner's unopposed motion for extension of time. Petitioner shall file his response by February 18, 2019. The Clerk shall RENOTE respondents' motion to dismiss, Dkt. 11, for February 22, 2019. The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 5th day of February, 2019.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME - 1