UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUDHEER MOTURI,<br><br>      Petitioner,<br><br>  v.<br><br>KIRSTJEN M NIELSEN, et al.,<br><br>      Respondents. | Case No. C18-1676-MJP-JPD<br><br>ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME |

  This is a 28 U.S.C. § 2241 habeas action. Respondents have filed an unopposed motion for a one-week extension of time to file their reply in support of their motion to dismiss. Finding good cause, the Court GRANTS respondents' unopposed motion, Dkt. 16. The Clerk is directed to RE-NOTE respondents' motion to dismiss, Dkt. 11, for March 1, 2019. Petitioner's deadline to file a response remains February 18, 2019. *See* Dkt. 15.

  The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

  Dated this 13th day of February, 2019.

/s/ James P. Donohue
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING RESPONDENTS'
UNOPPOSED MOTION FOR
EXTENSION OF TIME - 1