1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7          WESTERN DISTRICT OF WASHINGTON
           AT SEATTLE

8  SUDHEER MOTURI,

9                      Petitioner,          CASE NO. C18-1676-MJP-BAT

10      v.                                  **ORDER GRANTING SECOND
                                            MOTION FOR EXTENSION OF
11  KIRSTJEN M NIELSEN, et al.,             TIME**

12                      Respondents.

13      The Court **GRANTS** petitioner's second motion for extension of time.  Dkt 18.

14  Petitioner shall file his response brief by **March 25, 2019**, and the Government shall file any

15  reply by **April 12, 2019**.  The Clerk is directed to **RE-NOTE** the Government's motion to

16  dismiss, Dkt. 11, for April 12, 2019.

17      DATED this 6th day of March, 2019.

18

19      _____

20      BRIAN A. TSUCHIDA
        Chief United States Magistrate Judge

21

22

23

ORDER GRANTING SECOND MOTION FOR
EXTENSION OF TIME - 1